UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. No.05-10066-T |
| vs. ) | |
| ) | |
| TERRY ANN TATUM ) | |

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have **TERRY ANN TATUM**, now being detained in the Madison County Jail, Jackson, Tennessee, appear before Magistrate Thomas Anderson on the 23rd day of AUGUST, 2005 for an Appearance and for such other appearances as this Court may direct.

Respectfully submitted this 16th day of August, 2005.

Victor L. Ivy
Assistant U. S. Attorney

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application, David Jolley, U.S. Marshal, Western District of Tennessee, Memphis, TN Sheriff/Warden, Madison County Jail, Jackson, Tennessee.

YOU ARE HEREBY COMMANDED to have **TERRY ANN TATUM** appear before the Magistrate Thomas Anderson at the date and time aforementioned.

ENTERED this 19th day of August, 2005.

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:05-CR-10066 was distributed by fax, mail, or direct printing on August 22, 2005 to the parties listed.

---

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT