IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED IN OPEN COURT
WESTERN DISTRICT OF _
DATE: 9-6-05
TIME: 3:15pm
INITIALS: SP

UNITED STATES OF AMERICA,

    Plaintiff,

v.     Cr. No. 05-10066-T/An

TERRY ANN TATUM

    Defendant.

## ORDER ON ARRAIGNMENT

This cause came to be heard on September 6, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is appointed:

NAME:     Dianne Smothers, Asst. Federal Defender
ADDRESS:

TELEPHONE:

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

____ The defendant, who is not in custody, may stand on his present bond.

_S. Thomas Anderson_
S. THOMAS ANDERSON
United States Magistrate Judge

Charges: bank fraud

Assistant U.S. Attorney assigned to case: Ivy

Rule 32 was not waived.

Defendant's age: 54

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  09-07-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 1:05-CR-10066 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT